**2009–1686. In re Broom.**
In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

It is ordered by the court, sua sponte, that the writ is allowed. Allowing the writ means only that a return is ordered. See *Reed v. Kinkela* (1998), 84 Ohio St.3d 1427, 702 N.E.2d 903; *Hernandez v. Kelly*, 107 Ohio St.3d 1430, 2005-Ohio-6400, 838 N.E.2d 670.

It is further ordered that respondent shall file a return of writ within 21 days of service of the petition, and petitioner may file a response within ten days after the return is filed. Petitioner's physical presence before the court is not required.

**2009–1749. Torrance v. West.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon review of relator's proffered affidavit of indigency, submitted to waive the filing fee and security deposit,

It is ordered by the court, sua sponte, that within ten days of the date of this order relator shall either submit the $40 filing fee and $100 security deposit required by S.Ct.Prac.R. XV or show good cause why he should be permitted to proceed with this action, or any future actions, without payment of the filing fee and security deposit.

**2009–1750. Torrance v. Rucker.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon review of relator's proffered affidavit of indigency, submitted to waive the filing fee and security deposit,

It is ordered by the court, sua sponte, that within ten days of the date of this order relator shall either submit the $40 filing fee and $100 security deposit required by S.Ct.Prac.R. XV or show good cause why he should be permitted to proceed with this action, or any future actions, without payment of the filing fee and security deposit.

# CASE ANNOUNCEMENTS

*October 7, 2009*

[Cite as *10/07/2009 Case Announcements*, 2009-Ohio-5315.]

# MOTION AND PROCEDURAL RULINGS

**2006–1502. State v. Fry.**
Summit C.P. No. CR2005083007. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Summit County. Upon consideration of appellant's motion for continuance of oral argument scheduled for November 17, 2009,

It is ordered by the court that the motion is denied.

# DISCIPLINARY CASES

**2009–1660. In re Ballato.**
This cause is pending before the court upon the filing on September 15, 2009 by the Board of Commissioners on Grievances and Discipline of a certified copy of a felony conviction. On September 29, 2009, the board filed a motion to strike and remove a letter and print-out of respondent's attorney-registration information that was inadvertently attached to the September 15, 2009 filing. Upon consideration thereof,